UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD HENRY,

    Plaintiff,

v.

K. MIHM, SCHAFFER
and JOHN DOE,

    Defendants.

No. 2:22-cv-12830

HON. ROBERT J. WHITE

MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

_____

| | |
|---|---|
| Robin Beth Wagner (P79408) | Keith G. Clark (P56050) |
| Attorney for Plaintiff | Assistant Attorney General |
| Pitt McGehee Palmer Bonanni & Rivers PC | Attorney for Defendants Mihm & Shaffer |
| 117 W. Fourth Street. Ste 200 | Michigan Dep't of Attorney General |
| Royal Oak, MI 48067 | Corrections Division |
| 248-398-9800 | P.O. Box 30217 |
| Email: rwagner@pittlawpc.com | Lansing, MI 48909 |
| | (517) 335-3055 |
| | Clarkk33@michigan.gov |

_____/

**STIPULATED ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

    Plaintiff and Defendants Mihm and Shaffer, through counsel, stipulate as follows:

    1.    Counsel for Defendants has recently been reassigned to another division. Accordingly, he has been assigned several time sensitive matters including pending criminal cases currently set for trial.

2. In light of Defendants' counsel's current litigation schedule, the parties may have an extension of 30 days to file dispositive motions, making them due on or before May 12, 2025.

3. This deadline extension will result in Plaintiff's answer to any dispositive motion filed by Defendants being due June 2, 2025. However, Plaintiff's counsel will be unavailable for the last two weeks of May due to a long-scheduled vacation and then has an arbitration hearing on June 10. Thus, Plaintiff will require an extension of time to file a responsive brief, and the parties have agreed that Plaintiff's opposition brief will be due on June 27, 2025.

**IT IS SO ORDERED.**

Dated: April 4, 2025                s/Elizabeth A. Stafford
                                    Honorable Elizabeth A. Stafford
                                    U.S. Magistrate Judge

Stipulated and Approved for Entry:

Dated: April 3, 2023                /s/ *Keith G. Clark*
                                    Keith G. Clark (P56050)
                                    Assistant Attorney General
                                    Attorney for Defendants

Dated: April 3, 2023                /s/ *Robin Beth Wagner* (w/ permission)
                                    Robin Beth Wagner (P79408)
                                    Pitt McGehee Palmer Bonanni & Rivers PC
                                    Attorney for Plaintiff