UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARNOLD HENRY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KYLE MIHM, *et al.*,<br><br>　　　　　Defendants. | Case No. 22-12830<br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER FOR SUPPLEMENTAL BRIEFS

Plaintiff's Motion for Sanctions (ECF No. 92) is currently pending before this Court. This Court held an evidentiary hearing on June 17, 2025. The Court **ORDERS** that:

1. No later than **July 21, 2025**, Plaintiff and Defendant Mihm shall each file a post-hearing supplemental brief of **no more than 25 pages**; and

2. No later than **August 4, 2025**, each party shall file a brief of **no more than 7 pages**, that responds to the opposing party's post-hearing supplemental brief.

**IT IS SO ORDERED.**

Dated: June 17, 2025

　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　　United States Magistrate Judge

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 17, 2025.

                                              s/Davon Allen
                                              DAVON ALLEN
                                              Case Manager