UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD HENRY,

     Plaintiff,

v.

KYLE MIHM, et al.,

     Defendants.

Case No. 22-cv-12830

Honorable Robert J. White

**ORDER DENYING DEFENDANT KYLE MIHM'S MOTION FOR RECONSIDERATION**

Before the Court is Corrections Officer Kyle Mihm's motion for reconsideration of the March 5, 2026 opinion and order that ultimately granted in part and denied in part Arnold Henry's motion for Fed. R. Civ. P. 37(e) spoliation sanctions. (ECF No. 137; *see also* ECF No. 133).  The Court will decide the motion without a hearing pursuant to E.D. Mich. LR 7.1(h)(3).

Because Mihm fails to demonstrate "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice" that would alter the Court's prior decision, reconsideration of the March 5, 2026 opinion and order is unwarranted. *Betts v. Costco Wholesale Corp.*, 558 F.3d 461, 474 (6th Cir. 2009) (quotation omitted).

Insofar as Mihm challenges the scope of the witnesses who may testify about the lost video footage due to their lack of personal knowledge, the best remedy to forestall the impact of such improper testimony is rigorous cross-examination – not categorical exclusion.  Accordingly,

IT IS ORDERED that Mihm's motion for reconsideration of the March 5, 2026 opinion and order that ultimately granted in part and denied in part Henry's motion for Rule 37(e) spoliation sanctions (ECF No. 137) is denied.

Dated: March 23, 2026                    s/ Robert J. White
                                         Robert J. White
                                         United States District Judge